IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 07 C 1327 |
| LINDA COOGAN, individually and d/b/a CITYSCAPE, | ) | JUDGE ROBERT W. GETTLEMAN |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LINDA COOGAN, individually and d/b/a CITYSCAPE, in the total amount of $8,746.66, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,038.75.

On March 25, 2007, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to her husband, Kaplan Coogan) at her resident (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 16, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of June 2007:

| | |
|---|---|
| Ms. Linda Coogan | Mr. Kevin Coogan |
| Cityscape | Cityscape Landscape, LLC |
| 830 E. Stone | PO Box 482 |
| Addison, IL 60101 | Wood Dale, IL 60191 |

                                                 /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Cityscape\motion for default judgment.cms.df.wpd